WILLIAM C. BAUGHMAN, PLAINTIFF-RESPONDENT, v. HARRY MILLER, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Orlando, Kisselman & Devine* for the petitioner.

*Mr. Samuel T. French, Jr.,* and *Mr. Walter S. Keown* for the respondent.